IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11–cv-01408-REB-MJW

ELSA RAIL, and
PATRICIA MARTINEZ,

Plaintiff(s),

v.

GLOBAL CASINOS, INC., and
DOC HOLLIDAY CASINO II, LLC, d/b/a Doc Holliday Casino,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Withdraw as Attorney of Record (docket no. 15) is GRANTED finding good cause shown.  Jason R. Prussman is WITHDRAWN as counsel of record for Defendants.  The Clerk of Court shall remove Mr. Prussman from the CM/ECF electronic noticification list.

Date:  September 12, 2011