IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11–cv-01408-REB-MJW

ELSA RAIL, and
PATRICIA MARTINEZ,

Plaintiff(s),

v.

GLOBAL CASINOS, INC., and
DOC HOLLIDAY CASINO II, LLC, d/b/a Doc Holliday Casino,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Expedited Motion for Entry of Stipulated Confidentiality Protective Order (docket no. 22) is GRANTED finding good cause shown.  The written Stipulated Confidentiality Protective Order (docket no. 22-1) is APPROVED and made an Order of Court.

Date: September 29, 2011