**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01408-REB-MJW

ELSA RAIL, and
PATRICIA MARTINEZ,

    Plaintiffs,

v.

GLOBAL CASINOS, INC., and
DOC HOLLIDAY CASINO II, LLC, d/b/a Doc Holliday Casino,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#37][1] filed January 9, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#37] filed January 9, 2012, is **APPROVED**;

    2. That the Trial Preparation Conference set for August 24, 2012, is **VACATED**;

    3. That the jury trial set to commence September 10, 2012, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 9, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge